MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
HAROLD J. ROSENTHAL, ESQ.
Nevada Bar No. 10208
THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
 Mail To:
 P.O. Box 2070
 Las Vegas, NV 89125-2070
Tel.: (702) 366-0622
Fax: (702) 366-0327
mch@thorndal.com
hjr@thorndal.com

Attorneys for Defendant,
AMERICAN PACIFIC CORPORATION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LE PETOMANE XXVII, INC., an Illinois corporation, not individually, but solely in its representative capacity as trustee of the Nevada Environmental Response Trust,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN PACIFIC CORPORATION, a Nevada corporation,<br><br>    Defendant. | Case No. 2:21-cv-01166-APG-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT AMERICAN PACIFIC CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

<u>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT AMERICAN PACIFIC CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)**</u>

   This is the **First Request** to extend the time for Defendant to respond to Plaintiff's Complaint. Defendant, American Pacific Corporation ("Defendant"), by and through its counsel, Thorndal Armstrong Delk Balkenbush & Eisinger, and Plaintiff, Le Petomane XXVII, Inc. solely in its representative capacity as trustee of the Nevada Environmental Response Trust ("Plaintiff"), by and through its counsel, Fennemore Craig, P.C. and Foley & Lardner LLP (*Pro Hac Vice*), hereby stipulate to allow Defendant a two (2) week extension to respond to Plaintiff's

Complaint. Plaintiff filed its Complaint on June 21, 2021 and served Defendant with its Complaint on June 24, 2021 making the current due date July 15, 2021. Plaintiff and Defendant submitted a stipulation to the Court on July 12, 2021, stipulating to a two (2) week extension of time to file a responsive pleading extending the time to July 29, 2021, but the stipulation was denied without prejudice by the Court on July 13, 2021, citing a request for additional information and compliance with Local Rule IA 6-1(a).

Pursuant to Local Rule IA 6-1(a), the basis for this first request stipulation for an additional two-week time period to prepare and file a responsive pleading to Plaintiff's Complaint, is that Defendant is engaging additional counsel who will be joining the defense. The additional counsel require the additional requested two (2) week time period to July 29,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2021, to assist with preparation of responsive pleadings. Said counsel will be applying for Pro Hac status in the near future as well.

Based upon the foregoing, Plaintiff and Defendant herby stipulate that Defendant may file and serve its responsive pleading on or before July 29, 2021.

Dated this 13th day of July 2021.                    Dated this 13th day of July 2021.

FENNEMORE CRAIG, P.C.                               THORNDAL ARMSTRONG DELK
                                                    BALKENBUSH & EISINGER


*/s/ Josh Reid*                                      */s/ Michael C. Hetey*
_____                     _____
JOSH REID, ESQ.                                     MICHAEL C. HETEY, ESQ.
Nevada Bar No. 7497                                 Nevada Bar No. 5668
300 South 4th Street, Suite 1400                    HARRY J. ROSENTHAL, ESQ.
Las Vegas, Nevada 89101                             Nevada bar No. 10208
                                                    1100 East Bridger Avenue
(*Pro Hac Vice*)                                    Las Vegas, Nevada 89101
ERIC L. MAASSEN, ESQ.                               Attorneys for Defendant,
WILLIAM J. MCKENNA, ESQ.                            AMERICAN PACIFIC CORPORATION, a
TANYA C. O'NEILL, ESQ.                              Nevada corporation
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Attorneys for Plaintiff,
LE PETOMANE XXVII, INC. solely in its
representative capacity as trustee of the
NEVADA ENVIRONMENTAL RESPONSE
TRUST

## **ORDER**

IT IS SO ORDERED.

Dated: July 14, 2021

_____
UNITED STATES MAGISTRATE JUDGE

-3-