Josh Reid
Nevada Bar No. 7497
**FENNEMORE CRAIG, P.C.**
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: jreid@fennemorelaw.com

Eric L. Maassen
(*Pro Hac Vice*)
William J. McKenna
(*Pro Hac Vice*)
Tanya C. O'Neill
(*Pro Hac Vice*)
**FOLEY & LARDNER LLP**
777 E. Wisconsin Ave.
Milwaukee, WI 53202
Telephone: (414) 271-2400
Facsimile: (414) 297-4100
Email: emaassen@foley.com
          wmckenna@foley.com
          toneill@foley.com

*Attorneys for Plaintiff Le Petomane XXVII, Inc., not individually, but solely in its representative capacity as trustee of the Nevada Environmental Response Trust*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LE PETOMANE XXVII, INC., an Illinois corporation, not individually, but solely in its representative capacity as trustee of the Nevada Environmental Response Trust,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN PACIFIC CORPORATION, a Nevada corporation,<br><br>    Defendant. | Case No.: 2:21-CV-01166-APG-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (FIRST REQUEST)** |

This is the **First Request** to extend the time for Plaintiff, Le Petomane XXVII, Inc. solely in its representative capacity as trustee of the Nevada Environmental Response Trust ("Plaintiff"), to extend the time to respond to American Pacific Corporation's ("Defendant") Motion to Dismiss Plaintiff's First and Second Causes of Action ("Motion to Dismiss") [ECF No. 18].

Plaintiff, by and through its counsel, Fennemore Craig, P.C. and Foley & Lardner LLP (*Pro Hac Vice*) and Defendant, by and through their counsel, Thorndal Armstrong Delk Balkenbush & Eisinger and Bassi, Edlin, Huie & Blum LLP (*Pro Hac Vice pending*), hereby stipulate to allow Plaintiff a two (2) week extension to respond to Defendant's Motion to Dismiss. Counsel for Plaintiff requested this short extension due to unforeseen conflicts with the hearing and briefing schedules in unrelated cases. This extension request is sought in good faith and is not made for the purpose of delay. Defendant filed and served its Motion to Dismiss on July 29, 2021, and the current due date for Plaintiff's response is August 12, 2021. Plaintiff and Defendant herby stipulate that Plaintiff may file and serve its responsive pleading on or before August 26, 2021.

Dated this 4th day of August, 2021.

THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER


By:   */s/ Michael C. Hetey*
       MICHAEL C. HETEY, ESQ.
       Nevada Bar No. 5668
       HARRY J. ROSENTHAL, ESQ.
       Nevada bar No. 10208
       1100 East Bridger Avenue
       Las Vegas, Nevada 89101

       *Attorneys for Defendant,*
       *AMERICAN PACIFIC CORPORATION,*
       *a Nevada corporation*

Dated this 4th day of August, 2021.

FENNEMORE CRAIG, P.C.


By:   */s/ Josh Reid*
       JOSH REID, ESQ.
       Nevada Bar No. 7497
       300 South 4th Street, Suite 1400
       Las Vegas, Nevada 89101

       *Attorneys for Plaintiff,*
       *LE PETOMANE XXVII, INC. solely in*
       *its representative capacity as trustee*
       *of the NEVADA ENVIRONMENTAL*
       *RESPONSE TRUST*

18685265.1/055931.0001

## **ORDER**

**IT IS ORDERED** that the deadline for Plaintiff to file a response to Defendant's Motion to Dismiss [ECF No. 18] is extended from August 12, 2021 to August 26, 2021.

_____
UNITED STATES DISTRICT JUDGE
DATED: 8/4/2021