# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LE PETOMANE XXVII, INC., <br>     Plaintiff(s), <br> v. <br> AMERICAN PACIFIC CORPORATION, <br>     Defendant(s). | Case No. 2:21-cv-01166-APG-NJK <br><br> **Order** |

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than September 27, 2021, a joint proposed discovery plan.

    IT IS SO ORDERED.

    Dated: September 20, 2021

                                                      Nancy J. Koppe <br>
                                                      United States Magistrate Judge

1