# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LE PETOMANE XXVII, INC., <br>     Plaintiff(s), <br> v. <br> AMERICAN PACIFIC CORPORATION, <br>     Defendant(s). | Case No. 2:21-cv-01166-APG-NJK <br><br> **Order** <br><br> [Docket No. 35] |

    Pending before the Court is a stipulation to extend the deadlines in the scheduling order by six months. Docket No. 35. A hearing is hereby **SET** on that stipulation for 3:00 p.m. on February 15, 2022, in Courtroom 3C.

    IT IS SO ORDERED.

Dated: February 2, 2022

_____
Nancy J. Koppe
United States Magistrate Judge