# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LE PETOMANE XXVII, INC., <br><br>          Plaintiff(s), <br><br> v. <br><br> AMERICAN PACIFIC CORPORATION, <br><br>          Defendant(s). | Case No. 2:21-cv-01166-APG-NJK <br><br> **Order** <br><br> [Docket No. 37] |

Pending before the Court is a motion for attorney Earl Hagstrom to appear telephonically at the hearing on the stipulation for extension. Docket No. 37. For good cause shown, the motion to appear telephonically is **GRANTED**. Attorney Hagstrom may appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: February 8, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1