# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LE PETOMANE XXVII, INC.,

    Plaintiff(s),

v.

AMERICAN PACIFIC CORPORATION,

    Defendant(s).

Case No. 2:21-cv-01166-APG-NJK

**Order**

[Docket No. 39]

    Pending before the Court is a motion for attorneys Eric Maassen and William McKenna to appear telephonically at the hearing on the stipulation for extension. Docket No. 39. For good cause shown, the motion to appear telephonically is **GRANTED**. Attorneys Maassen and McKenna may appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

    IT IS SO ORDERED.

    Dated: February 9, 2022

                                            Nancy J. Koppe
                                            United States Magistrate Judge

1