Josh Reid
Nevada Bar No. 7497
**FENNEMORE CRAIG, P.C.**
9275 W. Russell Road, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: jreid@fennemorelaw.com

Eric L. Maassen (*Pro Hac Vice*)
William J. McKenna (*Pro Hac Vice*)
Tanya C. O'Neill (*Pro Hac Vice* )
**FOLEY & LARDNER LLP**
777 E. Wisconsin Ave.
Milwaukee, WI 53202
Telephone: (414) 271-2400
Facsimile: (414) 297-4100
Email: emaassen@foley.com
       wmckenna@foley.com
       toneill@foley.com

*Attorneys for Plaintiff Le Petomane XXVII, Inc., not individually, but solely in its representative capacity as trustee of the Nevada Environmental Response Trust*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LE PETOMANE XXVII, INC., an Illinois corporation, not individually, but solely in its representative capacity as trustee of the Nevada Environmental Response Trust,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN PACIFIC CORPORATION, a Nevada corporation,<br><br>    Defendant. | Case No. 2:21-CV-01166-APG-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS STIPULATED AND AGREED, by Plaintiff Le Petomane XXVII, Inc., in its capacity as trustee of the Nevada Environmental Response Trust ("NERT"), by and through undersigned counsel, and by Defendant American Pacific Corporation ("AMPAC"), by and through

undersigned counsel, that all claims in the above-entitled matter are hereby DISMISSED WITH PREJUDICE, with all parties to bear their own costs and attorney fees.

Dated this 17th day of June, 2022

FENNEMORE CRAIG, P.C.

By: /s/Josh Reid
Josh Reid
Nevada Bar No. 7497
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: jreid@fennemorelaw.com

Eric L. Maassen
William J. McKenna
Tanya C. O'Neill
FOLEY & LARDNER LLP
777 E. Wisconsin Ave.
Milwaukee, WI 53202
Telephone: (414) 271-2400
Facsimile: (414) 297-4100
emaassen@foley.com
wmckenna@foley.com
toneill@foley.com

*Attorney for Plaintiff Le Petomane XXVII, Inc., not individually, but solely in its representative capacity as trustee of the Nevada Environmental Response Trust*

Dated this 17th day of June, 2022

THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER

By:/s/Michael Hetey
Michael C. Hetey, Esq.
Nevada Bar No. 5668
1100 E. Bridger Avenue
Las Vegas, NV 89101
Telephone: (702) 366-0622
Facsimile: (702) 366-0327
Email: mch@thorndal.com

Michael Gallagher, Esq.
Christopher Dow, Esq.
EDLIN, GALLAGHER, HUIE & BLUM
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone: (415) 397-9006
Facsimile: (415) 397-1339
mgallagher@eghblaw.com
cdow@eghblaw.com

*Attorneys for Defendant American Pacific Corporation*

**ORDER**

Based on the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT COURT JUDGE
Date: June 20, 2022